# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**BARRY TISBY, JR.,**

      **Plaintiff,**

      **v.**
                                      **Case No. 14-CV-1315**

**KAREN BUTLER, DR. HAMMOND,**
**SGT. J. SCHROEDER, LT. RAWSON,**
**and REBECCA SWANSON,**

      **Defendants.**

---

## DECISION AND ORDER

On July 22, 2015, defendants Butler and Hammond filed motions for summary judgment. The plaintiff has not filed any response to defendants' motions, and all recent mailings from the court and counsel to the plaintiff have been returned as undeliverable. See ECF Nos. 49, 58 & 59. Counsel for Butler and Hammond have asked that I dismiss the case for lack of prosecution. See Civil L.R. 41(c) (E.D. Wis.). Because it appears that the plaintiff has abandoned this case, I will dismiss it for lack of prosecution. The defendants have not specifically requested that the dismissal be with prejudice, and therefore the dismissal will be without prejudice.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2015.

                        s/ Lynn Adelman

                        _____
                        LYNN ADELMAN
                        District Judge